Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
360-688-0458
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHANNON BERRETH,**   Case No. 3:11-cv-01323-AA

    Plaintiff,

vs.   ORDER

**COMMISSIONER of Social Security,**

    Defendant.

It is hereby ORDERED that the motion for attorney fees filed by Plaintiff's counsel in the amount of $13,076.25, is GRANTED pursuant to 42 U.S.C. § 406(b). The EAJA offset does not apply in this case because Plaintiff's counsel did not receive any portion of the EAJA award as the Plaintiff's federal debt subject to the Treasury Offset Program offset the entire EAJA award. The check for the fee under this Order shall be made payable to Plaintiff's Counsel, Bruce Brewer, and mailed to his address at PO Box 421, West Linn, OR 97068. The Court finds this is a reasonable fee.

DATED this 22 day of November, 2013.

_____
United States District / Magistrate Judge

Presented by:
Bruce W. Brewer, OSB 925581

ORDER - Page 1